# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schaaf, Gregory R. | U.S. Bankruptcy Court, Eastern District of Kentucky | 04/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Court Judge (full time) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Bankruptcy Court
PO Box 1111
Lexington, KY 40588-1111

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Atlanta International School, Atlanta, Ga; salary |
| 2. | 2018 | Transylvania University, Lexington, KY; salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 08/22-23/2018 | Cincinnati, Ohio | Speaking Engagement MRBS Summer Conference | Hotel; transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Republic Bank, Cash Account | A | Int./Div. | J | T | | | | | |
| 2. Metropolitan Tower Life Insurance Company(whole life) (Note 1) | | None | K | T | | | | | |
| 3. (H)Retirement Account - No. 1 (risk based) | | | | | | | | | |
| 4. -Federated Treasury Obligations Fund | A | Dividend | K | T | | | | | |
| 5. --FDN | | None | K | T | Sold (part) | 06/14/18 | K | D | |
| 6. --QTEC | A | Dividend | K | T | Sold (part) | 06/14/18 | J | B | |
| 7. --First Trust Target High Qual Div 16 MO FE RE | | None | | | Matured | 01/09/18 | M | E | |
| 8. --First Truste Target GLB DIV LDRS 4QTR 16 MO FE RE | | None | | | Matured | 01/09/18 | M | D | |
| 9. --HYLS | A | Dividend | | | Sold (part) | 06/14/18 | J | | |
| 10. | | | | | Sold | 08/16/18 | J | | |
| 11. -First Trsut Auto'd Quantitative AQA Ser 14 | | Dividend | L | T | | | | | |
| 12. -First Trust Trust Series 15 (FT Div Inc Trust Series 15 Fee Reimb.) | C | Dividend | M | T | | | | | |
| 13. -First Trust Sabirient Baker's Dozen Portfolio April 17 Ser | A | Dividend | | | Matured | 05/21/18 | M | E | |
| 14. -FTXO | A | Dividend | | | Buy (add'l) | 06/14/18 | K | | |
| 15. | | | | | Sold | 09/26/18 | L | B | |
| 16. -FIXD | A | Dividend | | | Sold (part) | 06/14/18 | J | | |
| 17. | | | | | Sold | 08/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -FTSM | A | Dividend | | | Sold (part) | 06/14/18 | J | A | |
| 19. | | | | | Sold | 08/16/18 | J | A | |
| 20. -LMBS | A | Dividend | | | Sold (part) | 06/14/18 | K | | |
| 21. | | | | | Sold | 08/16/18 | K | | |
| 22. -FEMB | A | Dividend | | | Sold (part) | 06/14/18 | J | | |
| 23. | | | | | Sold | 08/16/18 | J | | |
| 24. -FTSL | A | Dividend | | | Sold (part) | 06/14/18 | K | | |
| 25. | | | | | Sold | 08/16/18 | J | | |
| 26. -FXL | A | Dividend | K | T | Buy (add'l) | 06/14/18 | J | | |
| 27. -FXH | | None | K | T | Buy | 11/08/18 | L | | |
| 28. -FBT | | None | K | T | Buy | 09/26/18 | L | | |
| 29. -First Trust Target Glbal Dvd Leaders 1Q 18 Term Fee Reinv | A | Dividend | M | T | Buy | 01/12/18 | M | | |
| 30. -First Trust High Quality Dvd 1Q 18 Fee Reinv | D | Dividend | M | T | Buy | 01/12/18 | M | | |
| 31. -First Trust Portfolio LP AQA Large Cap Portfolio Series Fee Reinvest | A | Dividend | K | T | Buy | 08/17/18 | K | | |
| 32. -First Trust Sabrient Bakers Dozen Portfolio May 2018 Fee R | A | Dividend | L | T | Buy | 05/22/18 | M | | |
| 33. -FXR | A | Dividend | | | Buy | 06/14/18 | L | | |
| 34. | | | | | Sold | 11/07/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. [(H)End Retirement Account - No. 1] | | | | | | | | | |
| 36. (H)Investement Account - No. 1 | | | | | | | | | |
| 37. -CSCO | A | Dividend | J | T | | | | | |
| 38. -FDN | | None | K | T | | | | | |
| 39. -QTEC | A | Dividend | K | T | | | | | |
| 40. -FTXO | A | Dividend | | | Sold | 09/27/18 | J | A | |
| 41. -FXR | A | Dividend | | | Sold | 11/08/18 | J | | |
| 42. -FXL | A | Dividend | J | T | | | | | |
| 43. -FXH | | None | J | T | Buy | 11/08/18 | J | | |
| 44. -FBT | | None | J | T | Buy | 09/28/18 | J | | |
| 45. -Standard Bank (temporary account) | A | Interest | J | T | | | | | |
| 46. [(H)End Investment Account - No. 1] | | | | | | | | | |
| 47. (H)Retirement Account - No. 2 | | | | | | | | | |
| 48. -TIAA Trad'l | B | Interest | K | T | | | | | |
| 49. -CREF Stock | A | Interest | | | Merged (with line 53) | 06/26/18 | L | | |
| 50. -TIAA Real Estate | A | Interest | | | Merged (with line 53) | 06/26/18 | J | | |
| 51. -CREF In'l Linked Bond | | None | | | Merged (with line 53) | 06/26/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -CREF Money Market Account R1 | A | Interest | | | Merged (with line 53) | 06/26/18 | J | | |
| 53. T-C Lfcyle Idx Rtmt [Note 3] | | None | M | T | Open | 06/26/18 | M | | |
| 54. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 55. [(H)End Retirement Account - No. 2] | | | | | | | | | |
| 56. (H)Investment Account - No. 2 | | | | | | | | | |
| 57. -VFIAX | B | Dividend | L | T | Sold (part) | 06/22/18 | J | D | |
| 58. -VEXAX | A | Dividend | L | T | Sold (part) | 06/22/18 | J | B | |
| 59. -VMMXX | A | Dividend | | | Closed | 06/25/18 | K | | |
| 60. -VBTLX | B | Dividend | | | Sold | 06/22/18 | M | E | |
| 61. -VTIAX | A | Dividend | | | Sold | 06/22/18 | L | D | |
| 62. -ARKK | | None | J | T | Buy | 06/25/18 | J | | |
| 63. -FVD | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 64. -FXH | | None | J | T | Buy | 11/23/18 | J | | |
| 65. -FBT | | None | J | T | Buy | 06/25/18 | J | | |
| 66. -FTCS | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 68. -FDN | | None | J | T | Buy | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -FXO | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 70. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 71. -QTEC | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 72. -RDVY | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 73. -FXL | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 74. -SPLV | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 75. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 76. -IJR | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 77. -IHI | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 78. -XAR | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 79. -BIICX | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 80. -SBLYX | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 81. -HLIEX | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 82. -JNBAX | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 83. -JSOSX | A | Dividend | J | T | Buy | 06/25/18 | J | | |
| 84. -JVASX | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 85. -GLIFX | A | Dividend | J | T | Buy | 06/25/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 87.   -MFAIX | | None | J | T | Buy | 12/21/18 | J | | |
| 88.   -PXWIX | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 89.   -PRJZX | | None | J | T | Buy | 06/28/18 | J | | |
| 90.   -PDBZX | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 91.   -TRBCX | | None | J | T | Buy | 06/25/18 | J | | |
| 92. | | | | | Buy (add'l) | 06/28/18 | J | | |
| 93.   -PKSFX | A | Dividend | J | T | Buy | 06/29/18 | J | | |
| 94.   -WACPX | A | Dividend | J | T | Buy | 07/02/18 | J | | |
| 95.   -DWXH | | None | | | Buy | 06/25/18 | J | | |
| 96. | | | | | Buy (add'l) | 06/25/18 | J | | |
| 97. | | | | | Sold | 12/21/18 | J | B | |
| 98.   [(H)End Investment Account - No. 2] | | | | | | | | | |
| 99.   Community Trust Bank | A | Interest | K | T | | | | | |
| 100.   (H)Investment Account - No. 3 | | | | | | | | | |
| 101.   -Oppenhiemer Steelpath MLP Income Fund A (MLPDX) (Note 2) | B | Dividend | J | T | | | | | |
| 102.   -Oppenheimer Global Opportunities Fund Class A (OPGIX) (Note 2) | | None | J | T | Buy | 12/31/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. [(H)End Investment Account - No. 3] | | | | | | | | | |
| 104. PNC Bank | A | Interest | J | T | | | | | |
| 105. Metropolitan Tower Life Insurance Company (Whole Life) (Note 1) | | None | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Part VII, Lines 2, 105. Policy taken over from General American Life through a merger.

Note 2: Part VII, Lines 100-103. The monthly dividends from MLPDX are reinvested monthly in OPGIX. The amounts are $161.28 each month beginning January. Based on the small amount each month, I aggregated on an annual basis. There are no dividends for the new second Oppenheimer account.

Note 3. Part VII, Lines 53-54. Contributions from the employer and employee into this investment per payperiod are aggregated on an annual basis on line 54. Contemporaneously with becoming eligible to participate in the new employers' retirement plan, several of the investment accounts were consolidated into the investment on line 53. The designation "merger" was used to show the transfer of funds.

| Name of Person Reporting | Date of Report |
|---|---|
| Schaaf, Gregory R. | 04/23/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gregory R. Schaaf**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544